**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-23249-BLOOM/Elfenbein**

ANGELA C. DUNCAN,

    Plaintiff,

v.

CATALYST SOLAR, INC,
and NICKLAS SARNICOLA,

    Defendants.

_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on May 8, 2026, ECF No. [1]. Summonses were issued as to Defendants Catalyst Solar, Inc., and Nicklas Sarnicola ("Defendants") that same day. ECF No. [3]. Service of the summons and Complaint was executed on Defendant Nicklas Sarnicola on May 25, 2026, setting a response deadline of **June 15, 2026**. ECF No. [6]. Proof of service on Defendant Catalyst Solar Inc., has not been filed. To date, Defendant Nicklas Sarnicola has failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

1. Defendant Nicklas Sarnicola file a response to the Complaint by or before **June 23, 2026**.

2. If Defendant fails to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant Nicklas Sarnicola no later than **June 30, 2026**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address or addresses to which it was sent.

3.      A Motion for Default Final Judgment shall be filed within seven (7) days of the entry of a Clerk's Default.[1]

4.      Plaintiff's failure to file a Motion for Clerk's Default or a Motion for Default Final Judgment within the specified times may result in **dismissal** without prejudice and without further notice as to the Defendant.

5.      Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 16, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

[1] Any motions for default final judgment must comply with the procedures described in the Court's Standing Order on Default Final Judgment, available under Attachments at https://www.flsd.uscourts.gov/content/judge-beth-bloom.